Respondent, v. C. HENRY HOLTERMAN and Others, Appellants.— Motion denied, without costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

MARY ANN RAYNOR, Respondent, v. WILLETT E. RAYNOR, Appellant.— Motion for reargument granted upon the sole question as to whether the complaint should have been dismissed, and case set down for Thursday, February 16, 1922. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

HARRY ROTHMAN, Respondent, v. MAUJER WET WASH LAUNDRY, INC., Appellant.— Motion granted on payment of taxable costs within twenty days.   If the costs are not so paid the motion is denied, with ten dollars costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

SARAH SHIFMAN, as Administratrix, etc., of ROSE SHIFMAN, Deceased, Respondent, v. ROBERT T. WHALEN, Appellant.— Motion denied and stay continued for thirty days to permit application to the Court of Appeals.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

MAE G. SORENSEN, Respondent, v. FREDERICK F. PROCTOR, Appellant.— Motion denied.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

ANNIE W. STEPHENS, Appellant, v. GEORGE W. CRAIGEN COMPANY, Respondent. — Motion denied on condition that appellant pay ten dollars costs within five days, perfect the appeal for the April term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

ROBERT M. THOMSON, as Executor, etc., of REBECCA M. THOMSON, Deceased, Appellant, v. JOHN G. GASTEIGER and EUGENE H. LAWLOR, Respondents.— Motion denied, with ten dollars costs.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

FRANK J. YANNUZZIE and ANTHONY FAGNANO, Appellants, v. THOMAS S. BURKE, Respondent.— Motion granted, with ten dollars costs, on the ground that the appellants have failed to comply with the requirements of rule 12,* and no sufficient excuse for the delay is shown by the affidavit read in opposition.   Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

LORETTO HUGHES WALSH, Respondent, v. RICHARD S. WALSH, Appellant.— Motion denied, with ten dollars costs.   Blackmar, P. J., Jaycox, Manning and Kelby, JJ., concur; Kelly, J., taking no part.

WILLIAM A. HANSON, Appellant, v. HERMAN BRUENIG, Respondent.— Judgment and order of the County Court of Westchester county unanimously affirmed. As the respondent filed no brief, no costs will be granted.   No opinion.   Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

JULIUS SCHMID, Respondent, v. JOHN BARTON PAYNE, Director-General of Railroads, as Agent under Section 206 of the Transportation Act,† Appellant.—

* See App. Div. Rules, 2d Dept. rule 12. — [REP.

† See 41 U. S. Stat. at Large, 461, § 206; Pres. Proc. March 11, 1920, and May 14, 1920, 41 id. 1789, 1793, 1794.   After entry of judgment herein James C. Davis was appointed by President in place of John Barton Payne, resigned, by Proclamations dated March 26, 1921, and effective at noon on March 28, 1921. (42 U. S. Stat. at Large, ——.)   See Railroad Law, § 52, as amd. by Laws of 1915, chap. 281.   Verdict was for $1,000.— [REP.

Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Rich, Kelly, Kelby and Young, JJ.

CHARLES L. ALLERS, Appellant, v. OLGA S. ALLERS, Respondent. (Appeal No. 1.) — Motion to resettle order denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

CHARLES L. ALLERS, Appellant, v. OLGA S. ALLERS, Respondent. (Appeal No. 2.) — Motion to resettle order denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

JOHN F. RYAN, Appellant, v. JOHN W. CRAWFORD and Others, Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ.

GEORGE ALLEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

HERMAN APFELBAUM, Respondent, v. ALBERT B. GROSS and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements, upon the opinion by Mr. Justice Kapper at Special Term [Reported in 117 Misc. Rep. 140]. Rich, Kelly, Jaycox, Kelby and Young, JJ., concur.

MAX FEUER, Appellant, v. LEOPOLD SCHALLER and Others, Respondents.— Appeal dismissed on default, with costs, for non-compliance with the condition of the order dated January 20, 1922, denying a motion to dismiss the appeal. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

ANNA FRANK, Respondent, v. ALFRED M. REDMOND and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Blackmar, P. J., Jaycox, Manning, Kelby and Young, JJ.

Z. RALPH HALLOCK and ORVIS H. LUCE, Copartners, etc., Appellants, v. WILLIAM W. FAWCETT, Respondent.— Judgment reversed and new trial granted, with costs to abide the event, upon the ground that the damages should have been ascertained as of the last day of the month of March, 1920. We are also of opinion that the court was correct in holding that the correspondence between the parties constituted a valid contract for the purchase of four cars of potatoes. Blackmar, P. J., Jaxcox, Manning, Kelby and Young, JJ.' concur.

In the Matter of the Application of MORGAN J. O'BRIEN and Others, as Executors, etc., of JOHN D. CRIMMINS, Deceased, Appellants, for a Peremptory Writ of Mandamus, Directed to JOHN P. O'BRIEN, as Counsel to the Corporation, or Chief Law Officer of The City of New York, etc. (Potter Avenue, Borough of Queens, City of New York.) The CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Application of MORGAN J. O'BRIEN and Others, as Executors, etc., of JOHN D. CRIMMINS, Deceased, Appellants, for a Peremptory Writ of Mandamus, Directed to JOHN P. O'BRIEN, as Counsel to the Corporation, or Chief Law Officer of The City of New York, etc. (Woolsey Avenue, Borough of Queens, City of New York.) The CITY OF NEW YORK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Blackmar, P. J., Kelly, Jaycox, Manning and Kelby, JJ., concur.

In the Matter of the Petition of GEORGE J. RAPPOLD and JOHN RAPPOLD, Respondents, to Render and Settle Their Account as Executors, etc., of GOTTLIEB